**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1829**

ROXIE ANN DAVIS,

        Plaintiff - Appellant,

    v.

CHERYL MORRIS; PAM MAY; CONNIE JELLIFFE,

        Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Robert J. Conrad, Jr., District Judge. (3:15-cv-00080-RJC-DSC)

Submitted: November 17, 2015    Decided: November 19, 2015

Before SHEDD, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Roxie Ann Davis, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roxie Ann Davis seeks to appeal the district court's order dismissing her tort complaint on the basis of <u>Younger</u> abstention. <u>See</u> <u>Younger v. Harris</u>, 401 U.S. 37 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Davis v. Morris</u>, No. 3:15-cv-00080-RJC-DSC (W.D.N.C. Mar. 3, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>